**Order entered July 10, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00783-CV
No. 05-13-00784-CV

**IN RE DONALD GENE BLANTON, Relator**

**Original Proceeding from the 86th District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 23078-86, 23592-86**

## ORDER

Based on the Court's opinion of today's date, we **DISMISS** relator's petition for writ of

mandamus. We **ORDER** that relator bear the costs of this original proceeding.


/s/  DAVID LEWIS
    JUSTICE